**NOT DESIGNATED FOR PUBLICATION**

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**

**WCA 04-1629**

**MOLLY D. ROBBINS**

**VERSUS**

**ISLE OF CAPRI CASINO**

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
OFFICE OF WORKERS' COMPENSATION,
DISTRICT 3, NO. 04-01291,
HONORABLE CHARLOTTE L. BUSHNELL

\*\*\*\*\*\*\*\*\*\*\*\*

**MICHAEL G. SULLIVAN**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Oswald A. Decuir, Michael G. Sullivan, and James T. Genovese, Judges.

**MOTION TO DISMISS DENIED.**

**WADE T. VISCONTE**
**THE GRAY LAW FIRM**
**Post Office Box 1467**
**Lake Charles, LA 70602**
**(337) 494-0694**
**COUNSEL FOR ISLE OF CAPRI CASINO**

**ROBERT T. JACQUES, JR.**
**Post Office Box 1883**
**Lake Charles, LA 70602**
**(337) 433-4574**
**COUNSEL FOR MOLLY D. ROBBINS**